**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**EDWARD AUGUSTINE**                                    **CIVIL ACTION**

**VERSUS**                                              **NO. 16-1191**

**DARYL VANNOY, WARDEN**                                **SECTION: "E"(1)**


**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Edward Augustine is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 10th day of July, 2017.


_____
**UNITED STATES DISTRICT JUDGE**